AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of*
*Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES DRISCOLL SMITH.,

        Plaintiff,

vs.

STATE OF NEVADA, et al.

        Defendants.

Case No.  3:25-cv-00360-MMD-CSD

**ORDER GRANTING
STIPULATION FOR DISMISSAL WITH
PREJUDICE**

Plaintiff, James Driscoll Smith, in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this _30_ day of January, 20265.

DATED this 30th day of January, 2026

AARON D. FORD
Attorney General

By: _____

_____
JAMES DRISCOLL SMITH
*Plaintiff*

DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Interested Party*

**IT IS SO ORDERED.**

DATED this 20th day of April, 2026.

_____
**UNITED STATES DISTRICT JUDGE**